IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WHITNEY HOUSTON,<br>　　　Plaintiff,<br><br>v.<br><br>LANDIS TRANSPORT, L.L.C., *et al.*,<br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. H-13-1736 |

## ORDER

The Court ordered that Defendants must file any opposition to Plaintiff Whitney Houston's Motion for Voluntary Dismissal without Prejudice [Doc. # 6] on or before July 12, 2013.  *See* June 24, 2013 Order [Doc. # 8].  Defendants failed to file a response in opposition.  Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion for Voluntary Dismissal without Prejudice [Doc. # 6] is **GRANTED**.  The above-captioned action against Defendant Landis Transport, L.L.C. and Defendant Jarvis R. Payton is **DISMISSED without prejudice** to re-filing the same or similar action in whole or part.  Each party shall bear its own costs and fees.

SIGNED at Houston, Texas, this 9th day of **September, 2013**.

_____
Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2013\1736Dismissal.wpd   130909.1258